# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 2:09-CR-56-DBH-02** |
| | ) | |
| **SEAN McKOY,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

## ORDER ON DEFENDANT'S MOTION FOR A JUDICIAL RECOMMENDATION

The defendant's motion for a "judicial recommendation" is **DENIED**. I am pleased to learn of the progress that the defendant has made during his imprisonment, but at this late stage, the BOP is in the best position to determine when he should be released to home detention.

**SO ORDERED.**

**DATED THIS 8TH DAY OF JANUARY, 2018**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**